**Order entered April 21, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01165-CR**
**No. 05-19-01166-CR**
**No. 05-19-01167-CR**
**No. 05-19-01168-CR**

## DAVID JASON GARCIA, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1739675-H, F-1739376-H, F-1839433-H, F-1900494-H**

## ORDER

The State's motion for extension of time to file brief is **GRANTED**. The State's brief is deemed **FILED** on April 17, 2020.

/s/   DAVID L. BRIDGES
PRESIDING JUSTICE